

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
FEB 18 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 22-30081
Origination No 20CR00182

**SEAN MOORE,**

    Defendant.
_____/

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **SEAN MOORE be** held to answer to the charges pending against him in the **Northern District of Ohio in the case of United States v. Sean Moore.**

Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.)  Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified copy of this order and commitment, to the **Northern District of Ohio** and

deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

__ANTHONY P. PATTI_____

United States Magistrate Judge

Entered: 2-18-2022

---

## RETURN

This commitment was received and executed as follows:

| Date Commitment Order Received | Place of Commitment | Date Defendant Committed |
|---|---|---|
|  |  |  |

| Date | United States Marshal | (By) Deputy U.S. Marshal |
|---|---|---|
|  |  |  |